IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE CATERPILLAR INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) Case No. 1:17-cv-01713<br>Hon. Sharon Johnson Coleman |

### DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Caterpillar Inc., D. James Umpleby III, Douglas R. Oberhelman, Bradley M. Halverson, James B. Buda, and Jananne A. Copeland (collectively, "Defendants") move to dismiss this action on the ground that Plaintiff Société Générale Securities Services GmbH has failed to satisfy the heightened pleading requirements of Rule 9(b) and the Private Securities Litigation Reform Act, and has therefore failed to state a claim upon which relief can be granted. In support, Defendants rely on the Memorandum of Law and Declaration of K. Winn Allen, and the exhibits attached thereto, filed concurrently with this Motion.

Dated: October 10, 2017

Respectfully submitted,

/s/ *Mark Filip, P.C.*
Mark Filip, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
mark.filip@kirkland.com
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

James P. Gillespie, P.C., *pro hac vice*
K. Winn Allen, *pro hac vice*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
james.gillespie@kirkland.com
winn.allen@kirkland.com
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

*Attorneys for Defendants Caterpillar Inc., D. James Umpleby III, Douglas R. Oberhelman, Bradley M. Halverson, James B. Buda, and Jananne A. Copeland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Dismiss was filed electronically on October 10, 2017. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Mark Filip, P.C.*
Mark Filip, P.C.