# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jacob Newman,Societe Generale Securities Services GmbH,

Plaintiff(s),

v.

Caterpillar Inc.,D. James Umpleby III, Bradley M. Halverson, Douglas R. OberhelmanJames B. Buda, Jananne A. Copeland ,

Defendant(s).

Case No. 17 CV 1713
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of the defendants Caterpillar Inc.,D. James Umpleby III, Bradley M. Halverson, Douglas R. OberhelmanJames B. Buda, Jananne A. Copeland and against the plaintiffs Jacob Newman,Societe Generale Securities Services GmbH.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to dismiss.

Date: 9/26/2018

Thomas G. Bruton, Clerk of Court

Yvette Montanez, Deputy Clerk